■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEOFFREY MURPHY, Relator, v. NEW YORK STATE DEPARTMENT OF PAROLE, Respondent.—Application for a writ of habeas corpus denied, on the ground that the application fails to comply with the provisions of the statute (CPLR 7002). Ughetta, Acting P. J., Brennan, Hill, Rabin and Benjamin, JJ., concur.